# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, ET AL.

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL.

NO. 2020 CW 0739

**NOVEMBER 23, 2020**

---

In Re: Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33,796.

---

**BEFORE: McDONALD, THERIOT, AND PENZATO, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

**JMM**
**MRT**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT